# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156794-5

RIADH FEZZANI,
        Plaintiff-Appellee,

v

ANTONIO VILLAGOMEZ and
JORGE ROJO,
        Defendants,
and

GRANGE INSURANCE COMPANY OF
MICHIGAN,
        Defendant-Appellant,
and

CHEROKEE INSURANCE COMPANY,
        Defendant-Appellee.
_____/

SC: 156794; 156795
COA: 331580; 331751
Wayne CC: 13-011726-NI

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



Clerk